RECE[IVED]
AN[D FILED]

OCT 14  3 00 PM '11

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re ) Case No. BK-S-10-31483 BTB
)
Zirinsky, Lawrence J ) IN PROCEEDINGS UNDER CHAPTER 7
Zirinsky, Diane M )
             Debtor(s) ) NOTICE OF UNCLAIMED FUNDS
)

TO:      Clerk, United States Bankruptcy Court

FROM:  William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 4 | Amex<br>Bankruptcy Dept Po Box<br>Fort Lauderdale Fl 33329 | | $ 93.12 |
| 5 | Clark County Treasurer<br>500 S Grand C<br>Las Vegas NV 89155 | | $ 264.70 |
| 14 | San Diego County Treasurer<br>Po Box 129009<br>San Diego CA 92112 | | $ 2,126.57 |
| 15 | Scripps Health Encini<br>c/o CA Business B<br>San Diego CA 92111 | | $ 240.66 |
| | Sub-Totals | $ 0.00 | $ 2,725.05 |
| | Total check | | $ 2,725.05 |

Date:  October 10, 2011

_____
Trustee William A. Leonard, Jr.

#304717    $2725.05